IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER MATTIS | : | CIVIL ACTION |
| v. | : | |
| MICHAEL KLOPOTOSKI, et al. | : | NO. 07-1837 |

## ORDER

JOHN P. FULLAM, S.J.,

AND NOW, this 16th day of July, 2008, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The petitioner's objections are overruled.
3. The petition for a writ of habeas corpus is DENIED.
4. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_John P. Fullam_
JOHN P. FULLAM, S.J.

7-28-08- FAXED TO:
M.S LORBER